## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

Yahya abdul shiheed #455399

D.O.B 3-13-85

NbCF 14100 McMullen Hwy

SW Cumberland Md 21502

*

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

JUN 1 2 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

*

*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

v.

Correctional officer - Jennifer Hearthy *

NbCF 14100 McMullen Hwy

Scw Cumberland Md 21502

*

Case No.: GLR-18-1906
*(Leave blank. To be filled in by Court.)*

*(Full name and address of respondent)*
**Defendant(s).**

## COMPLAINT

I. Previous Lawsuits

A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

YES ☐     NO ☑

B. If you answered YES, describe that case(s) in the spaces below.

1. Parties to the other case(s):

Plaintiff: _____

Defendant(s): _____

2. Court (if a federal court name the district; if a state court name the city or county):

_____

3.  Case No.: _____

4.  Date filed: _____

5.  Name of judge that handled the case: _____

6.  Disposition (won, dismissed, still pending, on appeal): _____

_____

7.  Date of Disposition: _____

II.  Administrative Proceedings

A.  If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☑   NO ☐

1.  If you answered YES:

a.  What was the result? I ED took Grievance Case all and it was dismissed For procedual reasons.

b.  Did you appeal? Yes

YES ☐   NO ☐

2.  If you answered NO to either of the questions above, explain why: _____

_____

_____

III.  Statement of Claim
(Briefly state the facts of your case.  Include dates, times, and places.  Describe what each defendant did or how he/she is involved.  If you are making a number of related claims, number and explain each claim in a separate paragraph.)

_____

_____

_____

_____

_____

_____

See attached

## Statement of claim

on 4-22-18 at approx. 8:00am on the 7-3 shift during morning medication CoII officer Jennifer harding Maced me as she assaulted me For (no reason) after I asked the Nurse LPN kristi lease a Medical Question. As I tried to get my meds And asked the nurse A Medical Question CoII Jennifer harding said "F..k me" and tried to shut my hand and arm In the slot. as I pushed the slot open coII Jennifer Harding then Maced me. A couple days before this incident coII Jennifer harding said that "she was ging to do something to me if she saw me speaking to Another female" on 4-9-18 at approx 2:00pm count time she said "F..k me" and stuck up her middle finger at my window. Jennifer Harding has Also gave other inmates my institutional mail and told them to "F..k ME up". In Return she allowed inmates to do sexual favors For her as she watched them. on 4-20-18 I was given a false ticket from Jennifer Harding as she lied on me and set me up to get more seg. time. officer Jennifer Harding has posed a Constant threat on my health and safety. she has violated DcD 110-23 40.F manual of pepper spraying me as I was not harming anyone nor did she follow procedures or protocal as A correctional officer. she violated my 8th amendment Right and my Constitutional Right of Cruel and Unusual punishment. This Incident happened on I tier Cell #56 in HU #1.

### Belief

$6,000.00 For officer Jennifer harding assaulting me.
$9,000.00 For my 8th amendment Right being violated.

### Witness:

D- Her Camera's of these Dates and times of these matters."

IV. Relief
   (State briefly what you want the Court to do for you.)

Grant my relief stated in my Anf. Affidavit Me Counsel of
this claim, Grant a TRO against defendant until
this matter in Court has been resolved.

SIGNED THIS _3rd_ day of _____June_____, _2018_.

_____ #455399
Signature of Plaintiff

_Yahyī Shiheed_ #455399
Printed Name

_NbCI 14100 Mcmullen Hwy, SW Cumberland, Md 21502_
Address

_____
Telephone Number

_____
Email Address